```
01
02
03
04
05
06
07                     UNITED STATES DISTRICT COURT
08                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
09
10   UNITED STATES OF AMERICA,        )
                                      )
11         Plaintiff,                 )  Case No. 08-MJ-4
                                      )
12         v.                         )
                                      )  DETENTION ORDER
13   ALICIA KATHLEEN CRUZ,            )
                                      )
14         Defendant.                 )
     _____)
15
```

16 Offenses charged:

17     Count 1: Misrepresenting a Social Security Number in violation of 42 U.S.C. §

18 408(a)(7)(B).

19     Count 2: Aggravated Identity Theft in violation of 18 U.S.C. § 1028A.

20 Date of Detention Hearing:   January 3, 2008

21     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

23 the following:

24 FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

25     (1)    Defendant has a history of failures to appear.

26     (2)    Defendant was on supervision when the events charged in the Complaint

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 1

occurred.

(3) Defendant did not submit to a pretrial services interview. Her contacts with this jurisdiction are unknown.

(4) Defendant has stipulated to detention, but reserves the right to contest her continued detention if there is a change in circumstances.

(5) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and risk of danger, including economic danger, to other persons or to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of January, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge